# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139382 & (35)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JERAL A. PEOPLES,
      Plaintiff-Appellant,

v

SC: 139382
COA: 290762
Wayne CC: 03-007347-01

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the July 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for the appointment of counsel is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

               Clerk

s1116